**FILED**

**07-07-2022**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

### (for filers who are prisoners without lawyers)

(revised 4/19/2022)

### IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Robert Clinkenbeard

v.

(Full name of defendant(s))

J. Auten

Case Number:

2:22-cv-00277-JRS-MJD

(to be supplied by clerk of court)

A.    PARTIES

1.    Plaintiff is a citizen of Iowa , and is located at
(State)

F.C.I. Terre Haute P/O Box 33
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant Auten, Pharmacy Manager for
F.C.I. Terre Haute                                  (Name)

is (if a person or private corporation) a citizen of ___Indiana___

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___F.C.I Terre Haute, Pharmacy___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Three different medical proffessionals have acknowleged my need for prescription medication to treat my condition ;(1.) An M.D. (UNKNOWN) employed at F.M.C Rochester, who origionally diagnosed my condition and prescribed treatment (2.) Dr. Trueblood, who is employed at F.C.I. Terre Haute, reviewed and refilled the prescription upon my arrival to Terre Haute F.C.I.(3.) Dr. Vulstorf, also employed at F.C.I. Terre Haute, who concurred with both of the

Complaint - 2

previous diagnosis and recommendations.

During a consult with Dr. Vulstorf, on or about May 9th 2022, Dr. Vulstorf informed me that he had attempted to refill my prescription of "Fluticasone", however, Pharmacist Auten had refused him for "internal financial" reasons, blaming "Central Office directives".

Auten is the head of the Pharmacy at F.C.I. Terre Haute and being in the lead position he has authority over the other pharmacists.

Pharmacist Auten has exceeded his official capacity and unlawfully denied me my prescribed medication. (See Attatched Exhibit) I allege Auten's actions amount to deliberate indifference by refusing to provide prescribed medication, as well as extended dely of treatment.

The condition, for which I have been prescribed medication, has been diagnosed as severe seasonal allergies.

This condition negatively impacts my daily life in the following manners:

1.) Watery eyes; affecting my vision

2.) Runny nose; distracting me from meaningful activities

3.) Sneezing fits; inflicting pain on my diaphram

4.) Constricted nasal passeges; which hinder proper breathing

5.) Sinus Congestion which causes migranes; the pain from these migranes is so severe that it affects my work, prevents me from reading or writing, and there are times in which I am unable to leave my cell for meal due to the pain.

The continued absense of my treatment has significantly compounded these issues, as I have relied on prescribed medication to alleviate my condition for the better part of the past 2 years.

The denial of my prescribed medication amounts to the deliberate indifference of a serious medical need, which is a violation of my Eighth Amendment right not to be subjeted to cruel and unusual punishment. Estelle v. Gamble, 429 U.S. 97, 104 (1976)

C.     JURISDICTION

☒     I am suing for a violation of federal law under 28 U.S.C. § 1331.
                                OR

☐     I am suing under state law. The state citizenship of the plaintiff(s) is (are)
        different from the state citizenship of every defendant, and the amount of
        money at stake in this case (not counting interest and costs) is
        $_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

Compensatory Damages; Per day.
For every day I was denied my
prescibed medication, in the amount
of whatever this court deems appropriate,
as well as any other relief this court
feels I am entitled to.

April 14th - present day

E.    JURY DEMAND

☒  Jury Demand - I want a jury to hear my case
                    OR

Court Trial – I want a judge to hear my case

Dated this __30__ day of __June__ 20__22__.

Respectfully Submitted,

__RQDC__
Signature of Plaintiff

__17633029__
Plaintiff's Prisoner ID Number

__P/O Box 33 Terre Haute F.C.I.__
__Indiana 47808__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.    **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

__RQDC__
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

Complaint - 5

**FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.