UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

**FILED**

**12/22/2022**

**U.S. DISTRICT COURT**
~~SOUTHERN DISTRICT OF INDIANA~~
**Roger A.G. Sharpe, Clerk**

Robert Clinkenbeard
Plaintiff

v.

J. Auten - Pharmacy Manager
Defendant

CASE No. 2:22-CV-00277-JRS-MJD

AMENDED   COMPLAINT

DELIBERATE INDIFFERENCE

Plaintiff Clinkenbeard avers that because J. Auten has been put on notice, J. Auten's actions are intentional. Plaintiff Clinkenbeard avers that J. Auten has shown a deliberate indifference to his medical needs. Plaintiff Clinkenbeard avers that Pharmacy Manager J. Auten has denied him medication that has been prescribed him by multiple physicians. Clinkenbeard avers that the Physicians who have assessed his condition ~~[xxxxxx]~~ [allergies] have diagnosed his condition as requiring treatment. Clinkenbeard avers that because his condition has been diagnosed by multiple physicians as requiring treatment his medical need is serious. Clinkenbeard attests that J. Auten's denial of his prescription medication negatively impacts his daily life. (The prescription being denied Clinkenbeard is "Fluticasone")

Clinkenbeard attests that his condition causes the following issues:

Sore nasal passages

Constant runny nose

Blurred vision

Sinus congestion that creates migraines

Bloody mucus discharge, due to busted nasal capalaries

Clinkenbeard further attests that the migraines caused by his sinus congestion have serious consequences for him including times when he is unable to read, write or leave his cell for meals or activities.

## CLASS OF ONE
## EQUAL PROTECTION VIOLATION

Clinkenbeard avers that J. Auten has violated his equal protection rights, due to the fact that J. Auten has previously and continues to authorize the pharmacy to fill the prescription "Fluticasone" for other similarly situated inmates, as per doctors requests for those inmates. For rationale unknown to Clinkenbeard J. Auten has opted to discriminate against him.

Under oath and penalty of perjury, 28 U.S.C. 1746

X.) RDDC

Dated: 12-16-2022

# BACKROUND

Clinkenbeard was diagnosed with allergies while at the facility of Rochester F.M.C. in Minnesota, fall of 2020. The physician who assessed Clinkenbeard at F.M.C. Rochester prescribed the medication "Fluticasone" When Clinkenbeard arrived at F.C.I. Terre Haute in 9-15-2021, he was assessed by Dr. Trueblood who concurred with the previous diagnosis and prescribed Clinkenbeard "Fluticasone". In the spring of 2022 Clinkenbeard was assessed by Dr. Volstorf who again prescribed Clinkenbeard "Fluticasone".

In March of 2022, Clinkenbeard went to pick up his re-fill of Fluticasone and instead of his doctor prescribed medication there was a note stating:
 Our records indicate that you are not indigent, and therefore will need to purchase Nasacort from the commisary (See attatched Exhibit)