TRULINCS  17633029 - CLINKENBEARD, ROBERT JOSEP - Unit: THA-F-A

--------------------------------------------------------------------------------

FROM: 17633029
TO:
SUBJECT: AMENDED COMPLAINT
DATE: 12/20/2022 12:54:25 PM

**FILED**

**12/23/2022**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ROBERT CLINKENBEARD,
  Plaintiff,

v.

Jury Trial Demand

J. AUTEN,
  Defendant.

Case No. 2:22-cv-00277-JRS-MJD

---

AMENDED COMPLAINT
BIVENS ACTION

---

COMES NOW, Clinkenbeard, Plaintiff Pros Se, who being indigent and unschooled in law and therefore should be granted a liberal interpretation as to both law and procedure, leave to amend defective pleadings and the special solicitude of the application of the strongest possible legal argument to the facts suggested by pleadings, hereby submits this amended complaint for this honorable courts consideration.

### DELIBERATE INDIFFERENCE AND EQUAL PROTECTION VIOLATION

1.)Plaintiff Clinkenbeard avers that Pharmacy Manager J. Auten is the head of the pharmacy department of F.C.I. Terre Haute.

2.)Clinkenbeard avers that J. Auten has intentionally interfered with medication that has been prescribed to Plaintiff by denying him access to this medication, this medication is "Fluticasone".

3.) Clinkenbeard avers that Plaintiff has put J. Auten on notice that the denial of Plaintiff's medication is causing Plaintiff continued harm. Clinkenbeard further avers that because Plaintiff put J. Auten on notice, that J. Auten's actions are intentional.

4.) Clinkenbeard avers that J. Auten's interference with medication that has been prescribed to him by multiple physicians amounts to deliberate indifference.

5.) Clinkenbeard avers that Plaintiff's condition is serious because physicians have assessed Plaintiff's condition as requiring treatment.

6.) Clinkenbeard avers that the denial of Plaintiff's prescription medication negatively impacts his daily life.

7.) Clinkenbeard avers that the treatment Fluticasone relieves a myriad of symptoms. Clinkenbeard further avers that J. Auten's denial of Plaintiff's doctor prescribed medication has exacerbated the following :

a. Uncontrollable sneezing fits

b. Continual runny nose

c. Impaired or Blurred vision

d. Bloody discharge due to broken capillaries

e. Sore nasal passages

f. Sinus congestion that cause headaches (and migraines)

8.) Clinkenbeard avers that the migraines caused by his sinus congestion at times render him unable to read, write or leave his

TRULINCS 17633029 - CLINKENBEARD, ROBERT JOSEP - Unit: THA-F-A

-----------------------------------------------------------------------------------------------------------

cell for meals or other activates. That his sore nasal passages are a constant source of pain. The bloody discharge as well as the other symptoms creates stress because Plaintiff believes it is not normal to a healthy individual.

9.) Clinkenbeard aver that J. Auten has previously and continues to fill the prescription Fluticasone for other similarly situated inmates, as per their doctors orders. Plaintiff avers that these other inmates also suffer from the same condition as Plaintiff and that they have, like the Plaintiff, been prescribed Fluticasone to treat their condition, however J. Auten has opted to deny Plaintiff the medication prescribed by multiple physicians, despite having been informed of the harm caused by this denial of treatment. Plaintiff is currently unaware as to why J. Auten has chosen to discriminate against him, as there is no rational basis for J. Auten's discriminatory actions against Plaintiff.

## DESCRIPTION OF COMPLAINT

In Fall of 2020, Plaintiff Clinkenbeard was assessed at F.M.C Rochester by a BOP clinical physician as having allergies. That physician prescribed Fluticasone for treatment of Plaintiff's condition. In Fall of 2021, Plaintiff Clinkenbeard was assessed by Dr. Trueblood. Dr. Trueblood concurred with the physician from F.M.C. Rochester assessment and prescribed Plaintiff Fluticasone. In spring 2022 Plaintiff was assessed by Dr. Volstorf. Dr. Volstorf again prescribed Plaintiff Fluticasone treatment for Plaintiff's condition. In March of 2022 Plaintiff went to pick up the re-fill of Plaintiff's prescription [Fluticasone] and instead Plaintiff was provided a note which stated that Plaintiff was not indigent and that Plaintiff was to purchase "Nasacort" from commissary. Plaintiff attempted to contact pharmacy about this issue and in an e-mail informed pharmacy that if the doctors, who had prescribed Plaintiff Fluticasone, had felt that an item from commissary was the appropriate treatment, they would have directed Plaintiff to procure an item from commissary. Pharmacies response was that a "national team of doctors" had concluded that Plaintiff's treatment (Fluticasone) was no longer available for him. Pharmacy [J. Auten] has repeatedly failed to fill Plaintiff's prescribed treatment of Fluticasone despite continual orders by B.O.P. clinical physicians.

## PLAINTIFF DEMANDS TRIAL BY JURY

Plaintiff Clinkenbeard demands a Trial by Jury, as is his constitutional right.

## REQUEST FOR RELIEF

Plaintiff Clinkenbeard requests Defendant J. Auten to pay Plaintiff, for the deliberate indifference to Plaintiff's medical treatment, in the amount of $60.00 a day, for every day the Pharmacy Manage has denied the Plaintiff his prescribed medication, beginning March 15, 2022. Plaintiff Clinkenbeard further requests Pharmacy Manager J. Auten to pay $35,000.00 for the violation of his equal protection rights.

Under oath and penalty of perjury, pursuant to 28 U.S.C 1746, the undersigned does attest that the above statements are true and correct, the undersigned further attests that this document was placed in an envelope, affixed with the proper first class postage and placed in a prison mailbox on the date below.

x.) _RJDC_                                                    DATED: _12/20/2022_